UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FLIGHT TRAINING INTERNATIONAL, INC., | § § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 5:16-CV-223 |
| DANIEL GAMACHE, | § § § § | |
| Defendant. | § | |

## ALTERNATIVE DISPUTE RESOLUTION REPORT

COME NOW Plaintiff Flight Training International, Inc. ("Plaintiff") and Defendant Daniel Gamache ("Defendant") and file this Alternative Dispute Resolution Report pursuant to this Court's Scheduling Order (Document 22), and in support thereof respectfully shows the Court as follows:

1. Plaintiff sent a settlement demand to Defendant's counsel on June 2, 2016. Defendant's deadline to respond to the settlement demand is June 15, 2016.

2. Julia W. Mann is the person responsible for settlement negotiations on behalf of Plaintiff.  In the event of mediation a corporate representative of Flight Training International, Inc. will participate personally in such mediation.

3. John P. Cahill is the person responsible for settlement negotiations on behalf Defendant.

4. The Parties have conferred regarding mediation and agree that it is appropriate. They have decided on Joseph Casseb as the mediator.  The method upon which the mediator was

16435857v.1 135599/00015

selected was by agreement and the mediator will be compensated by the parties splitting all fees and expenses equally.

                    Respectfully submitted,

                    JACKSON WALKER L.L.P.
                    112 E. Pecan Street, Suite 2400
                    San Antonio, Texas  78205
                    Telephone: (210) 978-7700
                    Telecopier: (210) 978-7790


                    By: */s/ Julia W. Mann*
                        Julia W. Mann
                        State Bar No.  00791171
                        jmann@jw.com
                        Matthew E. Vandenberg
                        State Bar No. 24079501
                        mvandenberg@jw.com

                    ATTORNEYS FOR PLAINTIFF,
                    FLIGHT TRAINING INTERNATIONAL, INC.

                    LECLAIRRYAN
                    1233 W. Loop South, Suite 1000
                    Houston, Texas 77027
                    Telephone: (713) 654-1111
                    Facsimile:  (713) 650-0027

                    By:  */s/  John P. Cahill, Jr.\* by permission*
                    John P. Cahill, Jr.
                    State Bar No.:  03592480
                    Email:  john.cahill@leclairryan.com
                    Trevor A. Hall
                    State Bar No.:  24078617
                    Email: trevor.hall@leclairryan.com

                    ATTORNEYS FOR DEFENDANT,
                    DANIEL GAMACHE

**16435857v.1 135599/00015**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John P. Cahill, Jr.
Trevor A. Hall
1233 W. Loop South, Suite 1000
Houston, Texas 77027

>                          */s/ Matthew E. Vandenberg*
>                          Matthew E. Vandenberg

16435857v.1 135599/00015